**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: | Chapter 7 |
| David Escobedo Hidalgo,<br>　　　　　　　Debtor. | Case No. 21-54552-bem<br><br>Judge: Barbara Ellis-Monro |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

　　　　Pursuant to Bankruptcy Rules 2002 and 9010, the undersigned attorney enters this Notice of Appearance on behalf of Lakeview Loan Servicing, LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors or assigns (hereinafter referred to as "Creditor"), a secured creditor in the above referenced case on real property located at 114 Truman Ct, Jackson, GA 30233. Creditor, through counsel, hereby requests that all notices to Debtor(s) or Creditors also be mailed in care of Creditor as follows:

　　　　　　　　_____
　　　　　　　　LOGS Legal Group LLP
　　　　　　　　211 Perimeter Center Parkway, N.E., Suite 300
　　　　　　　　Atlanta, GA 30346

　　　Dated April 20, 2022

　　　　　　　　　　　　　　　　　LOGS Legal Group LLP

　　　　　　　　　　　　　　　　　/s/ Kathlyn Flora Ibrahim Fouad Khashan
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Howell A. Hall 318750
　　　　　　　　　　　　　　　　　Kathlyn Flora Ibrahim Fouad Khashan
　　　　　　　　　　　　　　　　　177083
　　　　　　　　　　　　　　　　　211 Perimeter Center Parkway, N.E.
　　　　　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　　　　　Atlanta, GA 30346
　　　　　　　　　　　　　　　　　Telephone: (770) 220-2535
　　　　　　　　　　　　　　　　　Fax: (770) 220-2665
　　　　　　　　　　　　　　　　　logsecf@logs.com

22-078656 BK01