UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
|  | ) |  |
|  | ) | CASE NO. 21-54552-BEM |
| DAVID ESCOBEDO HIDALGO, | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
|  | ) |  |
| S. GREGORY HAYS, Chapter 7 Trustee for the | ) |  |
| Bankruptcy Estate of David Escobedo Hidalgo, | ) |  |
|  | ) |  |
| Movant, | ) |  |
|  | ) |  |
| v. | ) | CONTESTED MATTER |
|  | ) |  |
| FREEDOM MORTGAGE CORPORATION, | ) |  |
| CALIBER HOME LOANS, INC., | ) |  |
| JACKSON GLENN HOMEOWNERS | ) |  |
| ASSOCIATION, INC., BUTTS COUNTY | ) |  |
| TAX COMMISSIONER, and DAVID | ) |  |
| ESCOBEDO HIDALGO, | ) |  |
|  | ) |  |
| Respondents. | ) |  |
|  | ) |  |

**SUPPLEMENT TO TRUSTEE'S MOTION FOR AN ORDER AUTHORIZING (A) THE SALE OF PROPERTY OF THE BANKRUPTCY ESTATE FREE AND CLEAR OF ALL LIENS, INTERESTS, AND ENCUMBRANCES AND (B) DISBURSEMENT OF CERTAIN PROCEEDS AT CLOSING**

COMES NOW S. Gregory Hays, as Chapter 7 trustee for the bankruptcy estate (the "**Trustee**") of David Escobedo Hidalgo ("**Debtor**"), pursuant to 11 U.S.C. §§ 363(b), (f), and (m), and Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c), and 9014, through undersigned counsel, and files this supplement (the "**Supplement**") to *Trustee's Motion for an Order Authorizing (A) the Sale of Property of the Bankruptcy Estate Free and Clear of Liens, Interests, and Encumbrances*

*and (B) Disbursement of Certain Proceeds at Closing* [Doc. No. 28] (the "**Sale Motion**"). In support of the Supplement, Trustee respectfully shows:

### Venue and Jurisdiction

1. This Court has jurisdiction over this Supplement under 28 U.S.C. §§ 157 and 1334. Venue of this case in this District is proper under 28 U.S.C. §§ 1408 and 1409. This Supplement presents a core proceeding under 28 U.S.C. § 157(b)(2).

### Background and Supplemental Information

2. On September 13, 2022, Trustee filed his Sale Motion, seeking, among other things, authority from the Court to sell that certain real property with a common address of 114 Truman Court, Jackson, Georgia 30233-5044 (the "**Property**") for a sale price of $262,500.00, with a seller contribution of $6,500.00, to Jeremy Davis (the "**Purchaser**"), "as is, where is." *See* [Doc. No. 28].

3. Based on the appraised value of the Property, and to reduce the amount of funds that the Purchaser is required to deliver at the Closing of the proposed sale, the Purchaser requested to increase the Purchase Price[1] to $268,000.00 along with an increase in the Trustee's contribution to $12,000.00.

4. Trustee had no issue with this proposed amendment, provided that there was no negative impact on the Bankruptcy Estate, including a waiver of any additional real estate agent commission.

5. The real estate agents have agreed to waive the additional real estate commission, so Trustee agreed to amend the Contract, as proposed.

---

[1] Capitalized terms not defined in this Supplement shall have the meanings ascribed to them in the Sale Motion.

6.      Attached hereto and incorporated herein by reference as Exhibit "A" is the second amendment to the Contract (the "**Second Amendment**"), which was originally attached to the Sale Motion as Exhibit "A."

7.      The Second Amendment increases the Purchase Price to $268,000.00 and the Trustee's contribution to $12,000.00, and it includes a waiver of any additional real estate commission that would have resulted from the increased Purchase Price. The net effect for the Bankruptcy Estate will be exactly the same as would have resulted from the original Contract.

WHEREFORE, Trustee respectfully requests that the Court enter an Order:

(a)      Granting the Sale Motion, as supplemented;

(b)      Authorizing and approving the Contract, as amended, and the sale of the Property free and clear of all liens, claims, interests, and encumbrances;

(c)      Authorizing the distribution of certain proceeds at Closing, as set forth in the Sale Motion;

(d)      Authorizing the proposed sale to be consummated immediately as allowed by Federal Rules of Bankruptcy Procedure Rule 6004(h); and

(e)      Granting such other and further relief as the Court deems just or appropriate.

Respectfully submitted this 27th day of September, 2022.

                ROUNTREE LEITMAN KLEIN & GEER, LLC
*Attorneys for Trustee*

By: */s/ Michael J. Bargar*
     Michael J. Bargar
     Georgia Bar No. 645709
     mbargar@rlkglaw.com

Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-410-1220

**EXHIBIT "A" FOLLOWS**

Case 21-54552-bem    Doc 31    Filed 09/27/22    Entered 09/27/22 15:17:46    Desc Main
Document    Page 4 of 7



# AMENDMENT TO AGREEMENT
## AMENDMENT # 2

Date: __09/13/2022__

*Georgia*REALTORS

2022 Printing

**Whereas**, the undersigned parties have entered into a certain Agreement between _____Jeremy Davis_____ ("Buyer") and __S. Gregory Hays, as Chapter 7 trustee for bankruptcy estate of David Escobedo Hidalgo__ ("Seller"), with a Binding Agreement Date of __08/17/2022__ for the purchase and sale of real property located at: __114 Truman CT__, __Jackson__, Georgia __30233__; and

**Whereas**, the undersigned parties desire to amend the aforementioned Agreement, it being to the mutual benefit of all parties to do so;

Now therefore, for and in consideration of the sum of Ten Dollars ($10.00) and other valuable considerations paid by each to the other, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree to modify and amend the aforementioned Agreement as follows: [Note: The following language is furnished by the parties and is particular to this transaction.]

1. Buyer and Seller agree that (a) the Purchase Price in the Agreement shall be increased from $262,500.00 (the "Original Purchase Price") to $268,000.00 (the "New Purchase Price"); and (b) Seller's Contribution at Closing shall be increased from $6,500 to $12,000.00.

2. Seller, Buyer, Seller's Broker, and Buyer's Broker stipulate and agree that (a) Seller shall only be responsible for real estate agent commission based on the Original Purchase Price of $262,500.00; and (b) Seller shall not pay an increased real estate agent commission as a result of the New Purchase Price.

☐ Additional pages (F801) are attached.

It is agreed by the parties hereto that all of the other terms and conditions of the aforementioned Agreement shall remain in full force and effect other than as modified herein. Upon execution by all parties, this Amendment shall be attached to and form a part of said Agreement.

**By signing this Amendment, Buyer and Seller acknowledge that they have each read and understood this Amendment and agree to its terms.**

*Jeremy Davis* 09/20/22
1 Buyer's Signature Jeremy Davis

_[signature]_
S. Gregory Hays, as Chapter 7 Trustee for the bankruptcy estate of David Escobedo Hidalgo (Case No. 21-54552-BEM)

2 Buyer's Signature

2 Seller's Signature

☐ Additional Signature Page (F267) is attached.    ☐ Additional Signature Page (F267) is attached.

ABR Realty Group, LLC    Century 21 Crowe Realty
Buyer Brokerage Firm    Seller Brokerage Firm

*Demetrrius Andrews* 09/20/22    _[B-SIGNED stamp Sep 20, 2022]_
Broker/Affiliated Licensee Signature    Broker/Affiliated Licensee Signature

Atlanta Realtors Association
REALTOR® Membership    REALTOR® Membership

**Acceptance Date.** The above Amendment is hereby accepted, __2:15__ o'clock __p__ .m. on the date of __09/20/22__, ("Acceptance Date"). This Amendment will become binding upon the parties when notice of the acceptance of the Amendment has been received by offeror. The offeror shall promptly notify offeree when acceptance has been received.

THIS FORM IS COPYRIGHTED AND MAY ONLY BE USED IN REAL ESTATE TRANSACTIONS IN WHICH __Demetrrius Andrews__ IS INVOLVED AS A REAL ESTATE LICENSEE. UNAUTHORIZED USE OF THE FORM MAY RESULT IN LEGAL SANCTIONS BEING BROUGHT AGAINST THE USER AND SHOULD BE REPORTED TO THE GEORGIA ASSOCIATION OF REALTORS® AT (770) 451-1831.
Copyright© 2022 by Georgia Association of REALTORS®, Inc.    F701, Amendment to Agreement, 01/01/22



Package ID: FADB39E1B9100F989830CDD8528E202F

## CERTIFICATE SERVICE

      This is to certify that I, Michael J. Bargar, am over the age of 18 and that on this day I have caused to be served a copy of the forgoing *Supplement to Trustee's Motion for an Order Authorizing (A) the Sale of Property of the Bankruptcy Estate Free and Clear of Liens, Interests, and Encumbrances and (B) Disbursement of Certain Proceeds at Closing* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery by first class United States Mail to the following persons at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

Caliber Home Loans, Inc.
c/o J. Kelsey Grodzicki
Winter Capriola Zenner, LLC
One Ameris Center, Suite 800
3490 Piedmont Road, NE
Atlanta, GA 30305

Tania R. Tuttle
McLain & Merritt, PC
11625 Rainwater Drive, Ste. 125
Alpharetta, GA 30009

Sanjiv Das, CEO
Caliber Home Loans, Inc.
1525 South Belt Line Road
Coppell, TX 75019

Caliber Home Loans, Inc.
c/o C T Corporation System
289 S. Culver Street
Lawrenceville, GA 30046-4805

Stanley C. Middleman, CEO
Freedom Mortgage Corporation
907 Pleasant Valley Avenue, Suite 3
Mount Laurel, NJ 08054

Stanley C. Middleman, CEO
Freedom Mortgage Corporation
951 Yamato Road, Suite 175
Boca Raton, FL 33431

Freedom Mortgage Corporation
c/o C T Corporation System
289 South Culver Street
Lawrenceville, GA 30046-4805

Nancy Washington
Tax Commissioner
Butts County Georgia
625 West 3rd Street
Jackson, GA 30233

Jeremy Davis, CEO
Jackson Glenn Homeowner's Association, Inc.
2180 West SR 434, Ste. 5000
Longwood, FL 32779

Jackson Glenn Homeowner's Association, Inc.
c/o Sentry Management, Inc.
303 Corporate Center Dr., Ste. 300A
Stockbridge, GA 30281

Christopher Nogales
Nogales & Associates, LLC
Bldg 3, Suite D
1805 Herrington Lane
Lawrenceville, GA 30043

David Escobedo Hidalgo
915 Ashley Parkway
Lawrenceville, GA 30043

Michael Campbell
Attention: Denise Hammock
Campbell & Brannon, LLC
5565 Glenridge Connector, Suite 350
Atlanta, GA 30342

Steven J. Flynn
Locke Lord LLP
Suite 1200
3333 Piedmont Road NE
Atlanta, GA 30305

Keith S. Anderson
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119

Ceci Johnson
Century 21 Crown Realty
4080 Highway 42
Locust Grove, GA 30248

This 27th day of September 2022.

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709